IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| **J&S WELDING INC.,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) Case No. 1:22-cv-01122 ) ) JURY DEMAND |
| **LIBERTY MUTUAL INSURANCE COMPANY and WEST AMERICAN INSURANCE COMPANY,** | ) ) *(Removed from the Gibson County Circuit Court, Case No. H4227)* ) |
| **Defendants.** | |

### DEFENDANTS WEST AMERICAN INSURANCE COMPANY AND LIBERTY MUTUAL INSURANCE COMPANY'S INITIAL DISCLOSURES

Defendants West American Insurance Company ("West American") and improperly named Liberty Mutual Insurance Company ("Liberty" and collectively, the "Defendants"), respectfully submit the following initial disclosures, pursuant to Rule 26(a)(1)(A) of the Federal Rules of Civil Procedure:

(i)   **The name and, if known, the address and telephone number of each individual likely to have discoverable information — along with the subjects of that information — that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.** In addition to those persons identified in Plaintiff's Initial Disclosures, the following employee, who may be contacted through its counsel of record, is believed likely to have discoverable information regarding Defendants' claims and/or defenses in this matter:

- Elizabeth White, Property Adjuster.

Ms. White is still employed by Defendants and can be reached through counsel for Defendants. In addition to the above, Louis Ugalde Jr. is believed to have general knowledge that supports Defendants' claim or defenses in this matter. Mr. Ugalde was a property adjuster with

48795250 v1

**Exhibit B**

knowledge of Plaintiff's claim. Mr. Ugalde is no longer employed by Defendants and Mr. Ugalde's current address and phone number are unknown to Defendants.

In addition, Larry Ransom, a Regional General Adjuster from Sedgwick Claims Management has general knowledge related to Plaintiff's claims, the damages observed after the reported loss, and Mr. Ransom's estimate. Sedgwick Claims Management is an independent adjuster and not owned by Liberty. Mr. Ransom's phone number is 901-233-9960.

Further, Hancock Claims Consultants, LLC inspected Plaintiff's property, located at 2579 N 9th Ave, Humboldt, TN 38343, on August 4, 2021 and has general knowledge related to Plaintiff's claims and the damages observed after the reported loss. Hancock Claims Consultants, LLC is an independent entity and is not owned by Liberty. The phone number for Hancock Claims Consultants, LLC is 770-569-1669. The name and contact information of the individual who conducted the inspection on behalf of Hancock Claims Consultants, LLC are unknown to Defendants.

Finally, the following third parties are believed likely to have discoverable information regarding Defendants' claims and/or defenses:

- Michael D. Williamson, Donan Engineering Co., Inc., 800-482-5611;
- David A. Ellermann, Donan Engingeering Co., Inc., 800-482-5611; and
- William Griffin, P.A., 731-420-1402.

(ii) **A copy — or a description by category and location — of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody or control and may use to support its claims or defenses, unless the use would be solely for impeachment.** In addition to those documents identified in Plaintiff's Initial Disclosures, Defendants may use the following documents to support their claims and/or defenses in this action:

48795250 v1                                    2

- The insurance policy at issue bearing policy number BKW (20) 56 41 58 45;
- Records and investigative/incident reports related to the alleged loss at issue;
- Repair costs estimates related to the alleged hail and wind damage at issue;
- Photographs relating to the alleged hail and wind damage at issue;
- Defendants' notes relating to Plaintiff's alleged damages; and
- Correspondence between the parties.

To the extent such information is already in the possession of Defendants, it is available for inspection and copying at the offices of Defendants' counsel upon reasonable notice.

(iii) **A computation of each category of damages claimed by the disclosing party—who also must make available for inspection and copying under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each such computation is based, including materials bearing on the nature and extent of injuries suffered**: None.

(iv) **For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment**: Defendants are not aware of any insurance agreement under which an insurance business may be liable to satisfy all or part of any possible judgment in this action or to indemnify or reimburse for payments made to satisfy any such judgment.

Respectfully submitted,

*/s/ Kate Hamilton*
Brian C. Neal (BPR #022532)
Kate A. Hamilton (BPR #039331)
BURR & FORMAN LLP
222 Second Ave. South, Suite 2000

48795250 v1                                3

Nashville, TN 37201
Telephone: (615) 724-3200
Facsimile: (615) 724-3290

*Attorneys for Defendants West American Insurance Company and improperly named Liberty Mutual Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of August 2022, a copy of the foregoing was served via e-mail and/or U.S. mail on the following:

> Toby Gammill
> 1911 Dunbarton Drive
> Jackson, Mississippi 39216

*/s/ Kelte Hamilton*